ACCEPTED
05-15-01507-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/16/2015 1:14:53 PM
LISA MATZ
CLERK

Appellate Docket No.: 05-15-01507-CR

Appellate Case Style: Raul Castanon Salazu v. The State of Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/16/2015 1:14:53 PM
LISA MATZ
CLERK



**Court of Appeals**

**Fifth District of Texas at Dallas**

**CRIMINAL APPEAL - DOCKETING STATEMENT**

## PARTIES (TRAP 32.2(a)):

| | |
|---|---|
| Appellant: Raul Castonon Salazu | Appellee: The State of Texas |
| Attorney (Lead Counsel): Taryn Davis <br><br> Appointed X Retained ❏ | Attorney (Lead Counsel): <br> Erleigh Norville Wiley <br> Criminal District Attorney |
| Address (Lead Counsel): <br> 109 N. Jackson <br> Kaufman, TX 75142 | Address (Lead Counsel): <br> Kaufman County Courthouse <br> 100 W. Mulberry Street <br> Kaufman, TX 75142 |
| Telephone: 972.962.0653 | Telephone:972.932.4331 X1260 |
| Fax: 972.962.0656 | Fax:972.932.0357 |
| SBN (Lead Counsel): 00792449 | SBN (Lead Counsel): |

If not represented by counsel, provide appellant's/appellee's address, telephone number, and fax number.

## PERFECTION OF APPEAL (TRAP 32.2(b),(d),(f)-(k)):

| | |
|---|---|
| Date Sentence Imposed or Suspended in Open Court or Appealable Order Signed: December 8, 2015 | Date Notice of Appeal Filed: December 9, 2015 <br><br> If Mailed, Date Mailed: <br><br> Attach File-Stamped Copy of Notice |

## ACTIONS EXTENDING TIME TO PERFECT APPEAL (TRAP 32.2(e)):

| | |
|---|---|
| Mt. for New Trial: Yes X No ❏ | Date Filed: December 9, 2015 |
| Mt.in Arrest of Judgment: Yes X No | Date Filed: |
| Other (Specify | Date Filed: |

| | |
| --- | --- |

## TRIAL AND APPEAL (TRAP 32.2(f)-(k)):

| | |
| --- | --- |
| Offense Charged:  Sex Abuse of Child Continuous: Victim Under 14<br><br>Date of Offense: 01/01/2008<br><br>Defendant's Plea: "Not Guilty"<br><br>If guilty or nolo contendere, was plea result of negotiated plea bargain agreement?<br><br>Was the trial jury or nonjury?<br><br>Guilt/Innocence Phase:  Jury<br><br>Punishment Phase: Judge<br><br>Punishment Assessed: 65 years TDCJ-ID and $5,000.00 fine | Is the appeal from a pretrial order?<br><br>Yes  No X<br><br>Does the appeal involve the validity of a statute, rule, or ordinance?<br><br>Yes ❏No X<br><br>If yes, specify. |

## TRIAL COURT AND RECORD (TRAP 32.2(c), (*l*), (m)):

| | |
| --- | --- |
| Court:  86th Judicial District | T.Ct. Cause No. 14-50562-86-F |
| Trial Judge (Who Tried or Disposed of Case): The Honorable Casey Blair<br><br>Telephone No.: 972.932.4331 X1251<br>Fax:<br>Address: Kaufman County Courthouse Kaufman, Texas  75142 | Court Clerk (District or County Clerk): The Honorable Rhonda Hughey<br><br>Telephone No.: 972.932.4331 X1276<br>Fax:<br>Address:  Kaufman County Courthouse Kaufman, Texas  75142 |
| Clerk's Record | Fee Paid: Yes ❏No X<br>Arrangements Made to Pay Fee:<br>Yes ❏No ❏ |
| Court Reporter(s) or Court Recorder(s):  Beth Woods<br><br>Telephone Number(s): 972.932.4331 X1253 | |

Fax Number(s):
Address(es): Kaufman County Courthouse, Kaufman, Texas 75142

| Reporter's/Recorder's Record (Check If Electronic Recording ❏)<br><br>Number and Date(s) of Hearing(s): | Date Requested: 12/16/2015<br><br>Fee Paid: Yes: ❏No: ❏<br>Arrangements Made to Pay Fee:<br>Yes ❏No ❏ |
|---|---|

**INDIGENCY OF PARTY (TRAP 32.1(k)):**

| Motion and Affidavit Filed: Yes X No ❏ | Date: |
|---|---|
| Date of Hearing: | |
| Ruling on Motion: Granted X Denied ❏ | |

**OTHER INFORMATION (TRAP 32.2(m)):**

List any other pending related appeals before this or any other Texas appellate court by Court, Docket Number, and Style:  None

**I CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE, ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

/s/  Taryn Davis                                        12/16/2015
Lead Counsel                                            Date

Representing:  Raul Castanon Salazu

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Docketing Statement was served this 16th day of December, 2015, on the District Attorney's Office, Kaufman County Courthouse, Kaufman, Texas 75142 by HAND-DELIVERY. TRAP 9.5(b).

/s/   Taryn Davis
Lead Counsel